ACCEPTED
01-14-00455-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 7:03:06 PM
CHRISTOPHER PRINE
CLERK

NO.  01-14-00455-CV

(APPEAL NO. 1; APPEAL NO. 2; AND APPEAL NO. 3)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 7:03:06 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST SUPREME JUDICIAL DISTRICT OF TEXAS
AT HOUSTON, TEXAS

PHILIPPE TANGUY, 13500 AIR EXPRESS, L.L.C., AND
13500 AIR EXPRESS, L.P.,

Appellant/Defendant,

VS.

PTRE HOLDINGS, L.P.

Appellant/Intervenor,

VS.

WILLIAM G. WEST, AS CHAPTER 7 TRUSTEE OF RICHARD DAVIS, DEBTOR

Appellee/Plaintiff.

## APPELLANTS' MOTION TO ENLARGE TIME WITHIN WHICH TO FILE REPLY BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COME NOW, the Appellants, Philippe Tanguy ("TANGUY"), 13500 Air Express, LLC, 13500, Air Express, LP, ("13500") and PTRE Holdings, L.P. ("PTRE"), and file this Motion to Enlarge Time Within Which to File their Reply Brief and, in support of this motion, would show the Court the following:

1.   The Opening Brief by Appellants and Response Brief by Appellee

1

were timely filed. The Appellants' Reply Brief is due to be filed on January 22, 2015.

2.   However, Appellants' counsel, Joe Alfred Izen, Jr., has been ill since January 11, 2015 with fever and inflammatory symptoms. Izen tried to keep working on the Reply Brief over the time he was suffering these increased symptoms, and hoped to complete and file it by January 22, 2015.

3.   Izen became worse and developed an increased fever which went up to 101 degrees on Wednesday, January 21, 2015.  Izen has been unable to walk without crutches for the past ten (10) days.

4.   Appellants' counsel hopes to recover from his illness and complete the reply brief within two weeks. Izen has scheduled an appointment with his internist, Dr. Wm. E. Obernour, on Friday, January 23, 2015 to undergo further evaluation and treatment.

5. This enlargement of time is sought not for the purposes of delay only, but so that Justice may be done.  Counsel's medical condition has made a request for enlargement necessary.

6.   Appellants sought one previous enlargement on this appeal to file his original brief.  Appellants filed their Opening Brief within the enlargement granted by this Court.

7.   No other enlargement of time to file the Reply Brief has been sought or granted.

WHEREFORE, ABOVE PREMISES CONSIDERED, Appellants move this Court

2

to entertain this Motion and, after due consideration of same, that this Court enter an Order: (1) Enlarging the time within which Appellants may file their Reply Brief with this Court to and until February 5, 2015; and (2) Granting Appellants such other and further relief, both in law and in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

s/Joe Alfred Izen, Jr.

_____

Joe Alfred Izen, Jr.
TBC # 10443500
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net
Attorney for Appellants Philippe
Tanguy, 13,5000 Air Express L.P.
And 13,500 Air Express L.L.C.

s/Joe Alfred Izen, Jr.

_____

Joe Alfred Izen, Jr.
TBC # 10443500
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX
jizen@comcast.net
Attorney for Appellant PTRE
Holdings, L.P.

3

## CERTIFICATE OF CONFERENCE

Mr. Wolfshol was contacted via email and gave no position although he did send a "read receipt acknowledgement" of the email.

s/Joe Alfred Izen, Jr.

_____

Joe Alfred Izen, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to Joshua W. Wolfshohl, Porter and Hedges, 1000 Main Street, 36th Floor, Houston, TX 77002, (713) 226-6231 FAX by eservice transmission and/or U.S. Mail, postage prepaid, on January 22, 2015.

s/Joe Alfred Izen, Jr.

_____

Joe Alfred Izen, Jr.

TANGWESTA.M2E/TK471

4

## VERIFICATION

STATE OF TEXAS    )
                  )
COUNTY OF HARRIS )

   BEFORE ME, the undersigned authority, on this day personally appeared Joe Alfred Izen, Jr., known to me to be the attorney for Appellants, who after being by me duly sworn, on his oath, did depose and testify that he had read the foregoing document, that all of the facts stated therein are true and correct and within his own personal knowledge.

                              s/Joe Alfred Izen, Jr.
                              _____
                              Joe Alfred Izen, Jr.

   SUBSCRIBED AND SWORN TO on this the 22nd day of January, 2015, to certify which witness my hand and seal of office.

                              s/Karen Cooley
                              _____
                              Public In and For
                              The State of Texas

My commission expires:

     6-21-2018                          SEAL
_____